UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAULIO THORNE,

                Plaintiff,

      - against -

DONNA MCCAFFERTY & CO LLC,

                Defendant.

---

24-cv-8365 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **January 20, 2025.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          November 4, 2024

                              John G. Koeltl
                      United States District Judge