UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

              Plaintiffs,

              v.

DONNA MCCAFFERTY & CO LLC,

              Defendant.

------------------------------------- x

No.: 1:24-cv-8365

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, DONNA MCCAFFERTY & CO LLC, with prejudice and without fees and costs.

Dated: New York, New York
       March 25, 2025

                                                 **GOTTLIEB & ASSOCIATES PLLC**

                                                 _/s/Michael A. LaBollita, Esq._

                                                 Michael A. LaBollita, Esq., (ML-9985)
                                                 150 East 18th Street, Suite PHR
                                                 New York, NY 10003
                                                 Phone: (212) 228-9795
                                                 Fax: (212) 982-6284
                                                 Michael@Gottlieb.legal

                                                 _Attorneys for Plaintiffs_

SO ORDERED:

_/s/ John G. Koeltl_
United States District Court Judge

3/28/25